No. 329. KLEIN *v.* UNITED STATES; and
No. 330. BURKE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Walter A. Raymond* for petitioners. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

No. 331. BERNARD EDWARD Co. *v.* FALKENBERG. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Will Freeman* for petitioner. *Albert R. Teare* for respondent.

No. 333. UNITED STATES *v.* CONTINENTAL-AMERICAN BANK & TRUST CO. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States. *Charles D. Egan* for respondents.

No. 343. BRISTER & KOESTER LUMBER CORP. *v.* TURNEY, DIRECTOR, DIVISION OF LIQUIDATION, DEPARTMENT OF COMMERCE. United States Emergency Court of Appeals. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Arthur G. Warner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Israel Convisser* for respondent.